CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 26 2012

JULIA C. DUDLEY, CLERK
BY: 
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BARRY LYNN VIA,<br>    Petitioner, | )<br>)<br>) | Civil Action No. 7:12-cv-00117 |
| v. | )<br>) | **FINAL ORDER** |
| R.C. MATHENA,<br>    Respondent. | )<br>)<br>) | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Via's 28 U.S.C. § 2254 petition shall be and hereby is **DISMISSED**, Via's motion for leave to proceed *in forma pauperis* (Docket No. 2) is **DENIED as moot**, and this action is **STRICKEN** from the active docket of the court.

Further, finding that Via has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The Clerk is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the petitioner.

**ENTER**: March 26, 2012.

_____
UNITED STATES DISTRICT JUDGE